UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SCOTT RHINEHART,**

    **Plaintiff,**

**v.**                                                                    Case No. 8:17-cv-1019-T-27AAS

**ENHANCED RECOVERY COMPANY, LLC,**

    **Defendant.**
_____/

## **ORDER**

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. 18). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The file shall remain closed.

**DONE AND ORDERED** this 27th day of October, 2017.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of record